IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

      Plaintiffs,

v.            No. 14-124-DRH-DGW

DUNEMAN DEMOLITION, INC., and
LINDA DUNEMAN, individually,

      Defendants.

## ORDER AND DEFAULT JUDGMENT

This matter having come before the Court on plaintiffs' motion for default judgment, due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against defendants, the Court **GRANTS** plaintiffs' motion for default judgment and judgment is entered in favor of plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, and against defendants, DUNEMAN DEMOLITION, INC., and LINDA DUNEMAN, individually, as follows:

1. $21,002.78 for delinquent contributions and liquidated damages.
2. $1,332.00 for the plaintiffs' attorneys' fees, costs, and expenses.
3. Total Judgment in the amount of $22,334.78.

**IT IS SO ORDERED.**
Signed this 5th day of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.05
09:23:34 -05'00'

Chief Judge
United States District Court